IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

**IVAN RICARDO RUIZ VEGA** * CASE NO. 03-12334-GAC
* CHAPTER 13
DEBTOR *
*******************************************************

## MOTION REQUESTING VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

NOW COMES, **IVAN RICARDO RUIZ VEGA,** debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On November 5, 2003, debtor filed for protection under Chapter 13 of the Bankruptcy Code, 11 USC §1301 et seq., in the above captioned case.

2. Debtor respectfully requests a voluntary dismissal of his bankruptcy case.

3. There has been no prior case and no prior conversions.

WHEREFORE, debtor in the above captioned case very respectfully requests from this Honorable Court to dismiss his bankruptcy case.

IT IS HEREBY CERTIFIED, that on this same date a copy of the present motion was sent to José R. Carrión, Esq., Chapter 13 Trustee, PO Box 9023884, San Juan PR 00902-3884; debtor and to all creditors appearing from the attached master address list.

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico, this 25 day of June, 2005.

ROBERTO FIGUEROA CARRASQUILLO
USDC 203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL (787) 744-7699 FAX 746-5294

Certifico que he leído esta moción y que la misma ha sido redactada de acuerdo a mis instrucciones.

Firma: _____  Fecha: 25 junio 2005
IVAN RICARDO RUIZ VEGA

| | |
|---|---|
| IVAN RICARDO RUIZ VEGA<br>URB LA SERRANIA<br>92 CALLE AMAPOLA<br>CAGUAS PR 00725 | LCDA DAISY RODRIGUEZ VEGA<br>PO BOX 192938<br>CAGUAS PR 00919-2938 |
| ASOCIACION RESIDENTES LA SERRANIA<br>PO BOX 190249<br>SAN JUAN PR 00919-0249 | LCDA MARINILDA RIVERA VARGAS<br>PO BOX 192938<br>SAN JUAN PR 00919-2938 |
| BANCO POPULAR - MORTGAGE<br>PO BOX 70100<br>SAN JUAN PR 00936-7100 | PROFESSIONAL RECOVERIES INC<br>PO BOX 971<br>BROOKFIELD WI 53008 |
| BANCO POPULAR DE PR - CR CARD<br>PO BOX 364445<br>SAN JUAN PR 00936-4445 | |
| CINGULAR WIRELESS<br>PO BOX 192830<br>SAN JUAN PR 00919-2830 | |
| CRIM<br>PO BOX 4992<br>CAGUAS PR 00726 | |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9020192<br>SAN JUAN PR 00902-0192 | |
| DORAL FINANCIAL CORP<br>PO BOX 71529<br>SAN JUAN PR 00936-8629 | |