IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

IVAN RICARDO RUIZ VEGA

XXX-XX-1088

Debtor(s)

CASE NO. 03-12334 GAC

Chapter 13

FILED & ENTERED ON 6/30/2005

### ORDER DISMISSING CASE

Upon the application for voluntary dismissal filed by the debtors,

IT IS ORDERED, ADJUDGED and DECREED that the instant case shall be, and it hereby is, DISMISSED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Clerk shall close any contested matter or adversary proceeding pending in the instant case.

SO ORDERED.

San Juan, Puerto Rico, this 30 day of June, 2005.

GERARDO CARLO ALTIERI
U.S. Bankruptcy Judge

cc: All creditors